James S. Deming, administrator of the estate of Zelich Leppa, deceased, plaintiff in error, v. Pinkus Adler, defendant in error. Gen. No. 24,502.

Action to recover for wrongful death by fall of plaster from ceiling of demised premises. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Charles H. Bowles, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919. Rehearing denied October 29, 1919.

Charles C. Spencer and Arthur A. House, for plaintiff in error. Zimmerman, Garrett & Rundall, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

William Pumphrey, by Catherine Pumphrey, plaintiff in error, v. Chicago City Railway Company et al., trading as Chicago Surface Lines, defendants in error. Gen. No. 24,397.

Action to recover for personal injuries by being struck by street car. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 15, 1919.

P. R. Boylan and Ben F. Richolson, for plaintiff in error. Robert J. Slater and Frank L. Kriete, for defendants in error; W. W. Gurley and J. R. Guilliams, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Samuel T. Chase, appellant, v. D. W. Bergey, appellee. Gen. No. 24,510.

Action to recover for money loaned. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919.

Miller, Starr, Brown, Packard & Peckham, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Isabella Smith, plaintiff in error, v. City of Chicago, defendant in error. Gen. No. 24,538.

Action to recover for personal injuries by fall on street, due to ice. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 15, 1919.

Joseph E. Winterbotham, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.